M. CRIS ARMENTA, P.C.
M. Cris Armenta (Cal. State Bar No. 177403)
  cris@crisarmenta.com
217 Clancy Avenue
Bozeman, MT 59718
Telephone: (310) 488-2080

SHAH ATTORNEY GROUP
Earth Shah (Cal. State Bar No. 303232)
16521 Redwood Drive
Cerritos, CA 90703
Telephone: (562) 659-4526
  earth@shahattorneygroup.com

Attorneys for Plaintiffs BKIP LLC
and HITMARKER, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HITMARKER LLC, a California limited liability company, on behalf of BKIP; <br><br> Plaintiffs, <br><br> vs. <br><br> HERO BRANDS, INC, a Delaware corporation; AIDIW, a MICHAEL HEALY, an individual, <br><br> Defendants. | Case No. 8:26-cv-00117-JDE <br><br> **VOLUNTARY DISMISAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>

WHEREAS, on January 16, 2026, Krista Joiner, on her own behalf and on behalf of BKIP LLC and HITMARKER LLC filed a Complaint in this action for trademark infringement, *inter alia*, against Defendant HERO BRANDS, INC.;

WHEREAS, HERO BRANDS filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the issue of standing;

WHEREAS, Krista Joiner has been assigned all units of membership, both her existing community property share and all ownership units of Alvin Joiner as a result of the resolution of *Joiner v. Joiner*, Los Angeles Superior Court Case No. 21STFL01704, which is still in the process of being formally documented;

WHEREAS, thereafter, Krista Joiner filed a First Amended Complaint on behalf of HITMARKER LLC and derivatively on behalf of BKIP LLC against HERO BRANDS and defendant MICHAEL HEALY;

WHEREAS, the Court ruled the Motion to Dismiss to be moot, in light of the filing of the First Amended Complaint;

WHEREAS, counsel for HERO BRANDS has indicated it intends to challenge the Court's ruling that the Motion to Dismiss is moot via an *ex parte* application;

WHEREAS, as a means of cost and fee efficiency and to properly align the parties and to avoid the expense of an *ex parte* application and opposition, KRISTA

JOINER has agreed to dismiss this case, in favor of refiling the First Amended Complaint as an original complaint in a new action on behalf of HITMARKER LLC and for BKIP LLC.

THEREFORE, this case may be dismissed *without prejudice*.

Dated: June 2, 2026                    M. CRIS ARMENTA, P.C.
                                             M. Cris Armenta


By: _M. Cris Armenta_____
                        M. Cris Armenta
                        Attorneys for Plaintiff HITMARKER
                        LLC and for BKIP, and for Krista
                        Joiner

VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)